FILED
2020 Dec-21 PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| Michelle POAGUE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 7:18-cv-5-LSC |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTSVILLE WHOLESALE | ) | |
| FURNITURE, INC., *et al.*, | ) | **UNOPPOSED** |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE BY DEFENDANTS**

Defendants, Huntsville Wholesale Furniture, Inc. and Taylor Swinney, move this Honorable Court to continue the trial of this matter, and adjust the scheduling order accordingly, on the following grounds:

1. Plaintiffs do not oppose this motion.

2. Jury trial of this case is currently scheduled for January 11.

3. Wallace Blizzard has tested positive for COVID-19. His symptoms include chronic fatigue, headaches, and the symptom of the virus commonly referred to as "brain fog."

4. Wallace Blizzard serves both as sole counsel for Taylor Swinney and lead trial counsel for Huntsville Wholesale Furniture, Inc.

|  |  |
|---|---|
|  | /s/ John E. McCulley |
|  | _____ |
|  | John E. McCulley |
|  | ASB-1374-U76J |
|  | Attorney for Defendant |
|  |     Huntsville Wholesale Furniture, Inc. |
| John E. McCulley, P. C. | |
| 601 Greensboro Ave. – Ste. 200 | |
| Tuscaloosa, AL 35401 | |
| P. O. Box 20576 | |
| Tuscaloosa, AL 35402 | |
| 205-345-6773 | |
| johnemcculley@gmail.com | |
|  | /s/ Daniel A. Hannan |
|  | _____ |
|  | Daniel A. Hannan |
|  | Attorney for Defendant |
|  |     Huntsville Wholesale Furniture, Inc. |
| Daniel A. Hannan, L.L.C. | |
| P. O. Box 1286 | |
| Mobile, AL 36633 | |
| 251-654-1360 | |
| hannanlaw@gmail.com | |
|  | /s/ H. Wallace Blizzard III |
|  | _____ |
|  | H. Wallace Blizzard III |
|  | Attorney for Defendants |
|  |     Taylor Swinney and |
|  |     Huntsville Wholesale Furniture, Inc. |
| Wiggins, Childs, Pantazis, Fisher & | |
|     Goldfarb, L.L.C. | |
| 301 Nineteenth St., No. | |
| Birmingham, AL 35203 | |
| 205-314-0593 | |
| wblizzard@wigginschilds.com | |

<u>Certificate of Service</u>

      I certify that I served a copy of the foregoing upon the following via the court's electronic noticing system as follows.

| | |
|---|---|
| Hon. Patricia A. Gill | Hon. Heather N. Leonard |
| Patricia A. Gill, P.C. | Heather Leonard, P.C. |
| P. O. Box 55304 | 2105 Devereux Cir. – Ste. 111 |
| Birmingham, AL 35255 | Birmingham, AL 35243 |
| patriciagill@yahoo.com | Heather@HeatherLeonardPC.com |

      DONE on the date filed with the clerk,

      /s/ John E. McCulley

      _____

      John E. McCulley